IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

JONATHEN LEE RICHES
PETITIONER

V.

FORT WORTH POLICE DEPT.
JEB BUSH,
HOMELAND SECURITY
LASSANA BATHILY

CASE NO. _____

"HABEAS CORPUS RELIEF UNDER 28 USC 2241
TEMPORARY RESTRAINING ORDER"

COMES NOW, I JONATHEN LEE RICHES, I'M IN FEAR FOR MY LIFE. I'M BACK AND YOU BETTER RECOGNIZE. HOMELAND SECURITY OPERATIVES, SKUNK WORKS, 322, JEB BUSH AFFILIATES ARE WATCHING ME AND ARE THREATENING TO PULVERIZE MY PENIS, ABDUCT MY ANAL CAVITY, BECAUSE I AM A TRANSGENDER DEVILWORSHIPER POSING AS A JAILHOUSE MUSLIM. LASSANA BATHILY IS THE PATSY FOR THE FORT WORTH POLICE DEPT AND HOMELAND SECURITY. MYSELF JOHN LEE RICHES, DAVID ROTHROCK, TRAVIS DARROW, SON TRUONG SEEK A CASH SETTLEMENT ASAPOSSIBLE FROM EACH OF THE DEFENDANTS. IF ANY DEFENDANTS NEED A PERSONAL HYPNOTIST THEY CAN CONTACT MY PERSONAL COMRADE AND CONFIDENT MARC DRUCKER, MS

①

WWW.MBAYPRO.COM AND FOR DAVID ROTHROCK PLEASE CONTACT (218) 431-9831 HE NEEDS A KIDNEY. ALSO FOR MY PATSY FRIEND I PUT ON THE ENVELOPE HAVE HIM DELIVERED GLATT KOSHER FOOD ASAPOSSIBLE (609) 822-2266 WEEKENDS AND HOLIDAYS AS FOR MR. TRUONG GIVE HIM PERSONAL MASSAGES FROM ASIAN TRANSVESTITES. I AM IN FEAR OF MY LIFE BECAUSE THE FORT WORTH TEXAS POLICE DEPT USED ME AS A DRUG MULE IN 2010 + 2011 CROSSING BORDERS AND SAID IF I SQUELLED THEY WOULD CONTACT HIGHER AUTHORITY'S HAVE ME ABDUCTED BY SKUNK WORKS, SKULL + BONES AFFILIATES DROPPED OFF AT AN AREA 51 SUBBASEMENT, FEED ON 1 EGG ROLL A DAY FOR A 2 YR PERIOD UNDER THE WATCHFUL EYE OF HOMELAND SECURITY. BUT I JOHN LEE RICHES OUTSMARTED THEM ALL. JEB BUSH, DAVID PETREOS, CHUCK HAGEL, AND DECENDANTS OF MAYER ROTHSCHILD ALONG WITH ANDRE YOUNG, SEAN CARTER HENRY KISSINGER, WACKENHUT CORPORATION. I CAN BLOW SO MANY WHISTLES WE WONT NEED AL GORE'S GLOBAL WARMING ENDORSEMENT, OIL, NATURAL GAS OR A DONALD TRUMP HAIR TRANSPLANT. THROUGH THERE VARIOUS CONNECTIONS THEY AND THERE STRAW AFFILIATES GRANTED ME ABOVE THE LAW STATUS

②

ALL UNDER THE GUISE OF A WIRE TAPPER MIDDLE CLASS PEASANT. JEB BUSH, HENRY KISSINGER DAVID ROTHSCHILD AND A CERTAIN CORPORATION SAID GO TO WWW.KMRTOURS.COM AND UPON MY RELEASE AND THE NEW WORLD ORDER ESTABLISHMENT THAT, THAT RESORT WILL BE ONE OF MY SHEDS AFTER I AM PULLING THE STRINGS I WILL CHARGE WITH INTEREST THE VERY AIR 8 BILLION PEOPLE CONSUME ON A DAILY BASIS, FORGET GEICO IT WILL BE MYCO.COM. CASH WILL BE OBSOLETE AS IS MOST DIGITAL CURRENCY, YOU FART I'M CHARGING THEN I WILL MAKE YOU EAT MORE CHILE N BEANS. FOR NOW ON DONT ADRESS ME AS JOHN LEE RICHES ITS (DON BEE RICHES)

I FART YOU PAY, YOU FART YOU PAY. I PRAY FOR RELIEF.

PLEASE NOTE:
THIS IS MY MAGNA CARTER
DAYTONA 500 IS NAMED IN MY MEMORY FOR THE POOP STAINS IN MY UNDEROOS.

DATE: 2/17/15

SINCERELY,
JONATHAN LEE RICHES
D.O.C.# #KX9662

(3)

I SEEK TO LET THIS COURT KNOW, IT WAS ME THE INFAMOUS LITIGANT ALL ALONG MR JOHN LEE RICHES THE PATRICK EWING OF SUING AKA. JOHNNY TSUNAMI ALL OTHER NAMES I USED IN MY LAWSUITS, WERE JUST PATSY's, PERSONAL PINYATTA's I USED TO WHET MY OWN PERSONAL APPETITES. MY APOLOGY's AND PRAISES TO ALL STENOGRAPHERS WHO I KEEP EMPLOYED, AFTER ALL I AM DOING A GOOD DEED AND FOR YOUR COMEDY ENTERTAINMENT. IF YOU LIKE CONTACT ME FOR INTERVIEW OR CONNECT ME WITH UNIVERSAL STUDIOUS OR TIME WARNER PRODUCTIONS

AGAIN

THANK YOU
GRACIAS
BONJURE

Respectfully Submitted,
JOHNNY WI-LEE IN A ESKIMO TEEPEE, RICHES
DOC# KX9662