IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| JONATHAN LEE RICHES, § | |
| (BOP No. 40948-018) § | |
| VS. § | CIVIL ACTION NO.4:09-CV-337-Y |
| § | |
| PIXAR, et al. § | |

FINAL JUDGMENT

In accordance with the order issued this same day and Federal Rule of Civil Procedure 58, all of Plaintiff's claims are DISMISSED for lack of prosecution, without prejudice to being refiled. Jonathan Lee Riches (BOP-NO. 40948-018) is **BARRED** from filing any civil action or lawsuit, including any petitions, complaints, motions, pleadings, or documents of any type, unless he accompanies that document with a motion for leave to file which includes allegations of specific facts that he is under actual imminent danger of injury from persons or actions taken within the institution of his then-present confinement. All costs of court are taxed against the party that incurred them.

SIGNED July 30, 2009.

_/s/ Terry R. Means_
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE